UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
KYLE BRAGG, and TRUSTEES OF THE BUILDING        :
SERVICE 32BJ HEALTH FUND, MASSACHUSETTS         :
SERVICE EMPLOYEES PENSION FUND,                 :
MAINTENANCE CONTRACTORS TRUST FUND,             :       22-cv-00151 (ALC)
BUILDING SERVICE 32BJ LEGAL SERVICES            :       **ORDER ENTERING**
FUND,                                           :       **DEFAULT JUDGMENT &**
                           *Plaintiffs*,       :       **ORDER TO SHOW CAUSE**
                                                :
      -against-                                  :
                                                :
VANESSA'S JANITORIAL CORPORATION,               :
                         *Defendant*.    :
                                                :
------------------------------------------------------------------ :
                                                        x

**ANDREW L. CARTER, JR., District Judge:**

       On January 7, 2022, Plaintiffs filed a Complaint against Defendant Vanessa's Janitorial Corporation. ECF No. 1. A copy of the Summons and Complaint were personally served on Defendant on January 14, 2022 through a process server. ECF No. 5. Defendant did not Answer the Complaint. Plaintiffs obtained a Clerk's Certificate of Default on March 4, 2022, ECF No. 8, and filed a Motion for Default Judgment on April 5, 2022. ECF No. 12. On February 14, 2023, this Court entered an Order to Show Cause as to why default judgment should not be entered against Defendant, pursuant to Fed. Rs. Civ. P. 37 and 55. ECF No. 14. The Order to Show Cause was personally served on Defendant on February 15, 2023. ECF No. 15. Defendant's response was due on February 28, 2023. As of this date, no response or request for an extension of time has been received by this Court.

       Upon the Declaration of Samuel Bloom, Esq. in Support of Default Judgment, and the exhibits attached thereto, the Court GRANTS Plaintiffs' default judgment against Vanessa's Janitorial Corporation as to liability.

1

Defendant is hereby **ORDERED** to show cause why the Court pursuant to Fed. Rs. Civ. P. 37 and 55 should not grant damages to Plaintiffs. Plaintiffs are directed to serve a copy of this Order to Show Cause upon Defendant, on or before **July 14, 2023**, and file proof of service by that deadline. Defendant's response (if any) shall be filed by **July 28, 2023**.

**SO ORDERED.**

**Dated:**     **July 11, 2023**
           **New York, New York**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**