UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

KYLE BRAGG, and TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, MASSACHUSETTS SERVICE EMPLOYEES PENSION FUND, MAINTENANCE CONTRACTORS TRUST FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND,

*Plaintiffs*,

-against-

VANESSA'S JANITORIAL CORPORATION,

*Defendant*.

------------------------------------------------------------------ x

22-cv-00151 (ALC)

**ORDER ENTERING DEFAULT JUDGMENT**

**ANDREW L. CARTER, JR., District Judge:**

On July 11, 2023, this Court granted Plaintiffs' default judgment against Vanessa's Janitorial Corporation as to liability. ECF No. 16. Defendant was ordered to show cause why the Court pursuant to Fed. Rs. Civ. P. 37 and 55 should not grant damages to Plaintiffs. Defendant did not file a response.

Upon the Declaration of Samuel Bloom, Esq. in Support of Default Judgment, and the exhibits attached thereto, Plaintiffs' default judgment as to damages is hereby **GRANTED**.

**SO ORDERED.**

**Dated:** **August 15, 2023**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**