UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------------X
KYLE BRAGG, AS TRUSTEE, AND THE TRUSTEES OF THE
BUILDING SERVICE 32BJ HEALTH FUND,
MASSACHUSETTS SERVICE EMPLOYEES PENSION FUND,
MAINTENANCE CONTRACTORS TRUST FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES FUND,                    22-cv-151

Plaintiffs,

v.

<b><u>DEFAULT
JUDGMENT</u></b>

VANESSA'S JANITORIAL CORPORATION,

Defendant.
--------------------------------------------------------------------------------------X

On application for Default Judgment by Plaintiffs Kyle Bragg, as Trustee, and the Trustees of the Building Service 32BJ Health Fund, Massachusetts Service Employees Pension Fund, Maintenance Contractors Trust Fund, and Building Service 32BJ Legal Services Fund, brought on by Order to Show Cause dated April 4, 2022, and returnable before the Honorable Andrew L. Carter, United States District Judge, and Defendant Vanessa's Janitorial Corporation ("Defendant") having been noticed of the proceeding and having not appeared in opposition to the Order to Show Cause, and the Court having found default judgment to be appropriate:

**IT IS HEREBY ADJUDGED** that Plaintiffs Kyle Bragg, as Trustee, and the Trustees of the Building Service 32BJ Health Fund, Massachusetts Service Employees Pension Fund, Maintenance Contractors Trust Fund, and Building Service 32BJ Legal Services Fund, having their principal place of business at 25 West 18th Street, New York, New York 10011, do recover of Defendant, Vanessa's Janitorial Corporation, located at 84 Brookfield Drive, Brockton, MA 02302, for the time period January 1, 2017, through the date of this Judgment, true, correct and complete copies of Defendant's individual earnings records (payroll history records); weekly payroll journals; timesheets; quarterly state and federal payroll tax returns; W-2s; an employee roster (listing job description, hire, leave and termination dates); and, general ledger/cash disbursements journal, plus whatever additional documents are necessary or desirable to conduct the payroll compliance audit; attorney's fees in the amount of $1.350.00 and costs of $597.00 for a total monetary judgment of $1,947.00 plus interest at the statutory rate in effect on the date of judgment, and that Plaintiffs have judgment therefor.

Dated:   August 16, 2023                         By: _____

Andrew L. Carter, U.S.D.J.