UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

KYLE BRAGG, and TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, MASSACHUSETTS SERVICE EMPLOYEES PENSION FUND, MAINTENANCE CONTRACTORS TRUST FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND,

*Plaintiffs*,

-against-

VANESSA'S JANITORIAL CORPORATION,

*Defendant*.

------------------------------------------------------------------- x

22-cv-00151 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Plaintiffs are directed to serve a copy of the Default Judgment Order, ECF No. 20, upon Defendant, on or before September 28, 2023, and file proof of service by that deadline.

**SO ORDERED.**

**Dated:   September 26, 2023**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**