UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
KYLE BRAGG, and TRUSTEES OF THE BUILDING :
SERVICE 32BJ HEALTH FUND, MASSACHUSETTS :
SERVICE EMPLOYEES PENSION FUND, :
MAINTENANCE CONTRACTORS TRUST FUND, : 22-cv-00151 (ALC)
BUILDING SERVICE 32BJ LEGAL SERVICES : **CONFERENCE ORDER**
FUND, :
                            *Plaintiffs*, :
:
     -against- :
:
VANESSA'S JANITORIAL CORPORATION, :
                            *Defendant*. :
:
-------------------------------------------------------------------- :
                                   x

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephonic conference in this action on Tuesday, October 10, 2023 at 10:30AM Eastern Time.

      All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Plaintiffs are directed to serve a copy of this Order upon Defendant, on or before **September 29, 2023**, and file proof of service by that deadline.

**SO ORDERED.**

**Dated:**    **September 27, 2023**
              **New York, New York**           **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**