UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

KYLE BRAGG, and TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, MASSACHUSETTS SERVICE EMPLOYEES PENSION FUND, MAINTENANCE CONTRACTORS TRUST FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND,

*Plaintiffs*,

-against-

VANESSA'S JANITORIAL CORPORATION,

*Defendant*.

------------------------------------------------------------------- x

22-cv-00151 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

During the conference on October 10, 2023, the parties were directed to file a joint status report on October 27, 2023. As a one time courtesy, the Court will extend the deadline to **November 3, 2023**.

**SO ORDERED.**

**Dated:   November 1, 2023**
  **New York, New York**

_____
**ANDREW L. CARTER, JR.
United States District Judge**