UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
KYLE BRAGG, and TRUSTEES OF THE BUILDING :
SERVICE 32BJ HEALTH FUND, MASSACHUSETTS :
SERVICE EMPLOYEES PENSION FUND, :
MAINTENANCE CONTRACTORS TRUST FUND, :   22-cv-00151 (ALC)
BUILDING SERVICE 32BJ LEGAL SERVICES :   **CONFERENCE ORDER**
FUND, :
                          *Plaintiffs*, :
                    :
         -against- :
                :
VANESSA'S JANITORIAL CORPORATION, :
                         *Defendant*. :
                         :
--------------------------------------------------------------- :
                                      x

**ANDREW L. CARTER, JR., District Judge:**

       The Court will hold a telephonic conference in this action on **November 21, 2023** at 12:45PM Eastern Time.

       All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

       Plaintiffs are directed to serve the conference order on Defendant and file an affidavit of service by **November 17, 2023**.

**SO ORDERED.**

**Dated:   November 16, 2023**
              **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**