# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152



RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

---

\* ADMITTED IN NY
\*\*ADMITTED IN NY AND NJ
\*\*\*ADMITTED IN NY AND CT
\*\*\*\*ADMITTED IN NY AND FLA
\*\*\*\*\*ADMITTED IN NY, NJ AND MD

Pursuant to Plaintiffs' letter, the conference scheduled for
November 21, 2023 is hereby CANCELED.

SO ORDERED:

_Andrew T Carter_
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: November 20, 2023
New York, NY

November 17, 2023

**VIA ECF ELECTRONIC FILING**
Hon. Andrew L. Carter, U.S.D.J.
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

> Re:   **Kyle Bragg, as Trustee, et al. v. Vanessa's Janitorial Corporation**
> <u>Civil Action No. 22-cv-151</u>

Dear Judge Carter:

Our firm represents Kyle Bragg, as Trustee, and the Trustees of the Building Service 32BJ Health Fund, Massachusetts Service Employees Pension Fund, Maintenance Contractors Trust Fund, and Building Service 32BJ Legal Services Fund (collectively the "Funds") in the above-referenced matter. The Funds' auditors (the "Audit Firm") have confirmed that they now have sufficient records to perform the payroll compliance audit of Defendant Vanessa's Janitorial Corporation ("Defendant"). As such, Defendant appears to have met the non-monetary obligations of the Default Judgment. Consequently, the Funds ask that its request to file a Motion for Contempt be withdrawn, and that the Conference before Your Honor be cancelled *sine die*.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

Samuel R. Bloom

ENCLOSURES

cc:   Erika Flores (via regular mail and electronic mail)

Rosa Moran-Flores (via regular mail and electronic mail)
Vanessa's Janitorial Corporation (via regular mail)
84 Brookfield Drive,
Brockton, MA 02302