UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

KYLE BRAGG, and TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, MASSACHUSETTS SERVICE EMPLOYEES PENSION FUND, MAINTENANCE CONTRACTORS TRUST FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND,

                *Plaintiffs*,

-against-

VANESSA'S JANITORIAL CORPORATION,
                *Defendant*.

------------------------------------------------------------------- x

22-cv-00151 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The parties are ORDERED to file a joint status report by April 17, 2024.

**SO ORDERED.**

**Dated:**    **April 10, 2024**
             **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**